UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. ALVAREZ, | No. 2:24-cv-2062 CKD P |
| Plaintiff, | |
| v. | ORDER |
| T. MCKEAN, | |
| Defendant. | |

Plaintiff seeks leave to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to amend (ECF No. 10) is granted.

2. Plaintiff's complaint is dismissed.

3. Plaintiff is granted thirty days within which to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: September 25, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alva2062.lta