1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MIGUEL A. ALVAREZ,                          No.  2:24-cv-2062 DJC CKD P

12                     Plaintiff,

13          v.                                     ORDER

14    T. MCKEAN,

15                     Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On November 8, 2024, the Magistrate Judge filed findings and

21    recommendations herein which were served on Plaintiff and which contained notice

22    that any objections to the findings and recommendations were to be filed within

23    fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United*

25    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

26    are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

27    (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

28    recommendations to be supported by the record and by the Magistrate Judge's

                                              1

1  analysis.  Having further considered the factors described in *Ferdik v. Bonzelet*, 963

2  F.2d 1258, 1260 (9th Cir. 1992) the Court finds that dismissal is appropriate.

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.  The findings and recommendations filed November 8, 2024, are adopted in

5  full; and

6       2.  This action is dismissed without prejudice.

7       3.  The Clerk of the Court is directed to close this case.

8

9       IT IS SO ORDERED.

10  Dated:  **January 9, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28